**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 2:26-cv-14192-DMM**

AKAELA NESBITT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

VOICE SEARCH LOCAL LLC, a Florida registered company, and INTERNET LISTING SOLUTIONS LLC, a Florida registered company,

Defendants.

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Akaela Nesbitt, and Defendants, Voice Search Local, LLC and Internet Listing Solutions, LLC ("Defendants"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendants ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines and grant the Parties ten (10) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 11th day of August, 2026.

| | |
|---|---|
| By: */s/ Avi R. Kaufman*<br>Avi R. Kaufman<br>Florida Bar No. 84382<br>**KAUFMAN P.A.**<br>400 NW 26th Street<br>Miami, Florida 33127<br>Tel: (305) 469-5881<br>kaufman@kaufmanpa.com<br><br>*Attorneys for Plaintiff and all others similarly situated* | By: */s/ Jason S. Weiss*<br>Jason S. Weiss<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Jason@jswlawyer.com<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 11th day of August, 2026, I electronically filed the foregoing with the Court by using the CM/ECF system, which automatically gives notice to all parties of record.

BY: *_/s/ Jason S. Weiss_*
Jason S. Weiss